[No. 39604-1-II.   Division Two.   November 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT MONROE GOODMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-05294-1, Ronald E. Culpepper, J., entered July 24, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 39712-9-II.   Division Two.   November 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. KAMBERGER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00301-9, Toni A. Sheldon, J., entered August 3, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 39899-1-II.   Division Two.   November 4, 2010.]

*In the Matter of the Parentage of* ISAAC DAVID HARKER.

MICHAEL HARKER, *Respondent*, v. JESSICA M. ARVISO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-3-02999-0, Stephanie A. Arend, J., entered October 2, 2009. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[No. 28745-9-III.   Division Three.   November 4, 2010.]

PAMELA CHARLTON, *Appellant*, v. TOYS "R" US - DELAWARE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-2-00979-9, Bruce A. Spanner, J., entered December 24, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.